FROM CHRIS COLBERT
#02245499
ALLRED UNIT/T.D.C.J

7-24CV-134-O

4D62TCEI
11-14-23

U.S. MAGISTRATE     PERSONAL LETTER

THANK YOU FOR YOUR TIME. I AM AN INMATE AT ALLRED UNIT AND WOULD LIKE TO MAKE YOU AWARE OF SOME ISSUES HERE AT ALLRED. I WOULD LIKE TO FILE A COMPLAINT, (CIVIL AND/OR CRIMINAL).

18 USCS § 241    CONSPIRACY AGAINST RIGHTS
18 USCS § 242    DEPRIVATION OF RIGHTS UNDER COLOR OF LAW
18 USCS § 1702   OBSTRUCTION OF CORRESPONDENCE (MAIL)
18 USCS § 1703   DELAY OR DESTRUCTION OF MAIL/NEWSPAPERS

TEXAS PENAL CODE VIOLATIONS
SEC 6.01    REQUIREMENT OF VOLUNTARILY ACT OR OMISSION
SEC 36.06   OBSTRUCTION / RETALIATION
SEC 37.10   TAMPERING GOVT. RECORD
SEC 39.02   ABUSE OF OFFICIAL CAPACITY.

* I was moved off Allred as soon as I tried to mail you this letter. Now I am at EA unit in Lovelady, TX and Kibbey the mailroom supervisor is running the exact same "plays" w/ my legal mail. I am missing a certified letter and my 11.07 Habeus Corpus to Felicia Petre's office I mailed on 2/16/24 that has not been recieved.

PLEASE VERIFY MY SIGNATURE WILL BE ON THE OUTSIDE OF ENVELOPE

Thank you!
Chris Colbert

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 30 2024
CLERK, U.S. DISTRICT COURT
By _____ Deputy

I am now at EA unit in Lovelady, TX. I'm reaching out to you to let you know that 40% of our inmate population is positive for H. pylori. We are being forced to drink the tap water which contains lead, carcinogens and a bacteria called H. pylori which is from FECES being in the water from our sewage plant. The inmates that treat the water are NOT licensed. They also are not given all the correct chemicals to treat the water due to TDCJ wanting to save money. Our whole unit is positive if they have drank the water. UTMB / EA unit is actually charging inmates $13.55 to get tested to try to make inmates not want to spend the $ to get tested to keep their #'s low. TDCJ is aware of this problem, lawsuits go back to 2013 on EA unit about toxic water. TDCJ remains silent, doesn't warn you about toxic water, they let it turn to stomach cancer then when you get sick they move you off the unit - Isn't that involuntary manslaughter? We need your help. I sent water samples to the EPA and Houston Chronicle. EA is also stealing inmates food, chicken, pulled pork, pork chops etc. and sending it all to officers dining room - Misseperopriation of Funds! Thank You

# Texas Department of Criminal Justice
## STEP 1 OFFENDER GRIEVANCE FORM

DALLAS DISTRICT ATTORNEY COPY
U.S. MAGISTRATE COPY

**Offender Name:** CHRIS COLBERT  **TDCJ #** 02245496
**Unit:** AR  **Housing Assignment:** 4D62
**Unit where incident occurred:** AR

OFFICE USE ONLY
Grievance #: _____
Date Received: _____
Date Due: _____
Grievance Code: _____
Investigator ID #: _____
Extension Date: _____
Date Retd to Offender: _____

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.
**Who did you talk to (name, title)?** BRITT  **When?** 10·31·23
**What was their response?** THEFT OF PROPERTY
**What action was taken?** _____

**State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate**

Officer Britt came into 4D yesterday around 3pm to 4pm and took my artwork from our dorm. I need the investigator to actually review the camera footage instead of saying "no evidence found to substantiate allegations" Britt did not give me confiscation papers w/in 24 hours so it is now considered "Theft of property" pd 22 code 8.03 Tx penal code 39.02 abuse of official capacity. I pray to Santa Muerte, an official religion VS. V. SOTELO-Valdovinos 2015 U.S. District Lexis 67389 TDCJ does not recognize this as an official religion or let us put that on our religion. Oct 31/Nov 1st are our holidays for Day of the Dead/Dia de los Muertos. I bought paper, color pencils, watercolors at commissary to make artwork for my family to mail out every year for the last 3 years. On Nov 1st Britt came and took my artwork I had in the day room w/out asking whos it was. I followed her into D space and asked her "What is she doing. That is my artwork." She said "No, it's contraband." I said No, I mail those out from 3 different units, Daniel, Smith, McConnell been the last 3 years. There is no policy that says we can't have our artwork in the dayroom. We have to bring it out of our cell to mail it and I was waiting on a envelope to mail it. I want it back! I have rights under the "Religious Freedom Restoration Act" you are violating my 1st Amendment right if you do not return this religious artwork! Religious Land use 3 Institutional Persons Act of 2000.

I-127 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix F

100% of grievances Step I and II always say no evidence found against officers because they refuse to look at video footage or actually investigate.

**Action Requested to resolve your Complaint.** GIVE ME BACK MY STOLEN PROPERTY - DO NOT RETALIATE AGAIN

**Offender Signature:** [signed]    **Date:** 11-12-23

**Grievance Response:** THIS GRIEVANCE 2024030228 WAS SIGNED BY WARDEN WIEDAU AND HIS RESPONSE WAS "The investigation of this grievance is complete. Your complaint is noted, however the allegations presented could not be sustained as you reported to suggest employee misconduct by officer Pratt. A "Jack the Skeleton" made out of toilet paper w/ Happy Halloween on it was sitting on the blue phone in dayroom. No one claimed the item and therefore was "abandoned property". This is your information. No further action is warranted."

**Signature Authority:** ___    **Date:** ___

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # ___
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** ___

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

**Medical Signature Authority:** ___

**I-127 Back** (Revised 11-2010)

**OFFICE USE ONLY**

Initial Submission    UGI Initials: ___
Grievance #: ___
Screening Criteria Used: ___
Date Recd from Offender: ___
Date Returned to Offender: ___

2nd Submission    UGI Initials: ___
Grievance #: ___
Screening Criteria Used: ___
Date Recd from Offender: ___
Date Returned to Offender: ___

3rd Submission    UGI Initials: ___
Grievance #: ___
Screening Criteria Used: ___
Date Recd from Offender: ___
Date Returned to Offender: ___

Appendix F

DALLAS DISTRICT ATTORNEY COPY
USA, DOJ ATF COPY

# Texas Department of Criminal Justice
## STEP 2 OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**
Grievance #: _____
UGI Recd Date: _____
HQ Recd Date: _____
Date Due: _____
Grievance Code: _____
Investigator ID#: _____
Extension Date: _____

Offender Name: CHRIS COLBERT    TDCJ# 2245499
Unit: AR    Housing Assignment: 4D62T
Unit where incident occurred: AR

Wiedau violates TX penal code 6.01, requirement of voluntarily act of omission, 36.06 obstruction/retaliation
Wiedau violates pd22 codes 899, 999, 23, 34, 10, 30
refer to grievance # 2024018527
2024 618527
on Rodriguez 10-11-23

Give reason for appeal (Be Specific). I am dissatisfied with the response at Step 1 because...

Warden Wiedau refused to review video footage of me following Britt out to D space immediately after she stole my religious artwork. Wiedau purposely chose to omit his responsibility as investigator & Warden to protect inmates civil rights "religious freedom restoration act, religious land use & institutional Persons act of 2000" Wiedau chose also to falsify his claim/statement according to Colberts allegations. Wiedau did admit she took my property but did not make any effort to return Colbert's stolen property. Step 1 statement by Colbert was true/legible according to facts - True facts proved by video footage. Britt was also involved on a shakedown in Colbert's cell 62, 4D Section 3 on 9-12-23 at 9am w/ Seargeant Rodriguez & 3 other officers where Rodriguez & Britt were sent on a fear/terrorism, retaliation, harassment mission by Warden Smith for Colbert attempting to resolve "food shortage crisis" during a 40 day lockdown where Colbert alerted Smith that Mj Ward was underserving 3700 inmates at AR unit in Johny Sacks of only 1500-1700 calories a day, w/ 2/3 of meals being bread, cornbread, pancakes which detrimentally hurt Colbert's digestive system causing him to have to get laxatives which took 30 days from Texas Tech Eastridge causing Colberts bowels to be clogged & painful during 30 day wait. Smith refused to help us & when Colbert wrote him up, Smith sent 5 of his bobbleheads to do Smith's dirty work to scare Colbert into submission. Britt destroyed religious items of Colberts on 9-12-23 throwing Colberts Jewish bibles on floor, Colberts cellies Qurans & prayer rug were thrown on floor. Colberts rosary was stolen. Watercolors were stolen, property 2 boats were stepped on and cracked. Cornbread from Johny sack was taken out of Johny sack which was on Colberts bunk, and crumbled all across Colberts bed by Britt as she was ~~standing~~ crawling on his top bunk during shakedown

So the new theft by Britt of Colberts stolen artwork/religious item is a repeated pattern of abuse of official capacity TX penal code 39.02 violation. This is now included in lawsuit Britt is now a defendant.

**Offender Signature:** _____ *[signature]* **Date:** 11-12-23

**Grievance Response:**

















**Signature Authority:** _____ **Date:** _____

**Returned because:**    *Resubmit this form when corrections are made.*

☐ 1. **Grievable time period has expired.**
☐ 2. **Illegible/Incomprehensible.***
☐ 3. **Originals not submitted.** *
☐ 4. **Inappropriate/Excessive attachments.***
☐ 5. **Malicious use of vulgar, indecent, or physically threatening language.**
☐ 6. **Inappropriate.***

**CGO Staff Signature:** _____

| OFFICE USE ONLY |
|---|
| **Initial Submission**         CGO Initials: _____ |
| Date UGI Recd: _____ |
| Date CGO Recd: _____ |
| (check one) ___Screened ___Improperly Submitted |
| Comments: _____ |
| Date Returned to Offender: _____ |
| **2nd Submission**         CGO Initials: _____ |
| Date UGI Recd: _____ |
| Date CGO Recd: _____ |
| (check one) ___Screened ___Improperly Submitted |
| Comments: _____ |
| Date Returned to Offender: _____ |
| **3rd Submission**         CGO Initials: _____ |
| Date UGI Recd: _____ |
| Date CGO Recd: _____ |
| (check one) ___Screened ___Improperly Submitted |
| Comments: _____ |
| Date Returned to Offender: _____ |

I-128 Back (Revised 11-2010)                                                                    **Appendix G**

From Chris Colbert
2258499 MD62T "Tampering w/ Gov't Document"
Case 1:24-cv-00134-C   Document 1   Filed 09/30/24   Page 7 of 16   PageID 7

Kelley/Mailroom Supervisor/Allred Unit                                        11-12-23

I'm sending a copy to the U.S. Magistrate.
This is a copy of a letter I'm sending to the Dallas District Attorney's office on you for violating TX Penal Code
36.06 Obstruction/Retaliation
37.10 Tampering w/ Gov't Record
39.02 Abuse of Official Capacity

According to Grievance #2024023324 I filed on you for purposely holding my families mail as an act of retaliation for me using the grievance system PD.22 code violation #804 allegations of criminal activity by staff #803, mail not being delivered in accordance w/ correspondence rules time #308 Warden Wiedau replied you do not have any logged mail of 2 pieces of legal mail I mailed out from Allred Unit August of 2023. One letter to Felicia Pitre and one letter to John Cruezot, both requesting correspondence for legal mail items I need to help w/ my 11.07/Habeus Corpus. I waited several months, then filed the grievance because both Felicia & John's office always respond and respond w/in 2 weeks. Then the very next day I file the grievance on you, you release a six page digital mail that had a postmark from 9-23-23. This interestingly enough, was also pertaining to a company that I reached out to at Smith Unit months before requesting info on a catalog to purchase a book on "How to file a 11.07/Habeus Corpus." You held this mail over 30 days. And after me sending my sister, Debbie Burchette 6 letters from the day I arrived 8/6/23 letting her I had moved to AR from Smith and to write the Dallys digital mail address - which I was

①

UNDER EXTREME EMOTIONAL DISTRESS FROM NOT HEARING FROM HER BECAUSE SHE IS ELDERLY, HAS A HEAR MURMUR AND WAS AWAITING THE CARDIOLOGIST'S APPT. AND RESULTS - OF COURSE YOU & STAFF KNEW THIS BECAUSE YOU READ ALL OUR MAIL. I STILL DID NOT GET ANY MAIL FROM HER. THE DIGITAL PLATFORM AD ON SECURUS FROM EXEC. DIRECTOR BRIAN COLLIER SAY WE WILL RECIEVE OUR MAIL NOW "WITHIN 3 BUSINESS DAYS" I WAS ALSO CORRESPONDING W/ MY FRIEND AT A FT WORTH MINISTRY CYNTHIA SAKS ON SECURUS EMAIL AND SHE LAST ON 10-11-23 SHE WOULD DEFINATLY CALL MY SISTER ON HER CELL PHONE TO FIND OUT IF SHE WAS OK, THEN ON 10-11-23 I SENT HER (CYNTHIA) A TEXT TELLING HER THANK YOU FOR RESPONDING. CYNTHIA'S EMAILS ABRUPTLY STOPPED W/ ME. I HAD INCLUDED INFO TO CYNTHIA THAT I BELIEVE AR MAILROOM WAS RETALIATING ON ME AND HOLDING MY LEGAL MAIL, FAMILY MAIL & SECURUS EMAIL. HOWEVER, ON 11-06-23 I MAILED MY SISTER A CERTIFIED PIECE OF MAIL 9859 0710 5270 1582 7866 55 KNOWING THAT THIS PIECE OF MAIL WOULD 100% REACH HER BECAUSE I WASN'T SURE IF SHE GOT THE LAST 6 LETTERS - LOW AND BEHOLD, I FINALLY GET THE FIRST LETTER FROM MY SISTER ON 11-7-23 AT 8:09 AM DATED 10-17-23. 20 DAYS LATER. IT TAKES 3 DAYS, OR ACTUALLY 2 DAYS TO GO FROM SPRINGDALE, AR TO DALLAS. THE STRANGE PART OF THE PHOTOS OF MY MAIL WAS THERE WAS A POSTMARK ON THE ENVELOPE THAT HAD BEEN DIGITALY BLURRED. I AM ALSO MISSING 2 LETTERS RESPONSES FROM TOMAS PROWER AND A BOOK CATALOG COMPANY.
I AM NOW SUEING YOU AND SEVERAL OTHER STAFF MEMBERS ON AR FOR RETALIATION, HARRASMENT, OBSTRUCTION, TAMPERING W/ GOV.T RECORD
ANY COMMENTS? ②

CHRIS COLBERT — • DENYING ME RIGHT TO REHABILITATE WHILE INCARCERATED
2245499 • DENYING ME ACCESS TO COURTS - KELLEY MAILROOM
                CAREY - PROPERTY                              4D62 CELL
            • RETALIATION / OBSTRUCTION / THEFT
U.S. MAGISTRATE    • PROPERTY THEFT / CAREY                   11-14-23
                    ALLRED UNIT / T.D.C.J.

I left Smith unit and arrived at Allred unit on 8/6/23. During my incarceration at TDCJ I have taken this time seriously as a means to become a better person by taking advantage of many rehabilitation programs TDCJ offers so I can be beneficial contributor to society, when I return. I was pulled out of college Horticulture at Smith unit and put on what they call a "disciplinary" unit, all because I wrote the ACA a letter of grievances about corruption at Smith unit. I also utilize the grievance system, unfortunately quite often for the emotional, mental and physical abuse that happens to myself and other helpless inmates. So I am quite frequently a target of retaliation/harassment. I filed a lawsuit in 2022 on retaliation/harassment against TDCJ, Brian Collier, and Bill Clements for failing to keep me safe, bodely harm and retaliation. 2:22-cv-00233-Z-BR Colbert v. Collier. I am a transgender inmate and at Smith unit, they made all the transgender inmates leave the unit on 8/6/23. This was intentionally done to get me off the unit. I had been at the unit for over 1 year and after I contacted the ACA, the Smith unit cited I needed a single shower environment for safety purposes. Mind you, I don't take hormones and am not trying to get breasts. The reason I am 100% sure it is retaliation is because it also happened 1 year prior at Daniel unit. The exact scenario. I was at Daniel over 1 year,

①

was enrolled in Vocational Horticulture and was half way through the program. I was utilizing the grievance system, as it is my right to do so. I was registered as a transgender the whole year and all of a sudden I and all the other trans people are kicked off the unit citing we need a single shower environment. I was shipped on a 8 hour bus ride to McConnel unit. The hottest most humid region of Texas. This violated my medical restrictions for medication I take which says "no extreme heat/humidity." The principal of Wyndam college found out Daniel shipped me and pulled me out of school and she brought me back to graduate. The very next week I was shipped to Smith unit. Both units did not have a problem w/ my safety or security for being transgender for over 1 year, until they couldn't handle me grieving and shining a light on their corruption. But they, in doing this are stepping in the way and blocking my rehabilitation and greatly increasing my chance of recidism. I have graduated a Faith dorm program at Lynaugh unit Feb. 2020 I took 9 classes. I still have not recieved 1 certificate from Chaplain Edwards 10 in total to show parole and future employers. I filed grievances and Huntsville still would not help me. I still have not recieved my 2 certificates from Vocation/Horticutture at Daniel

to show parole and future employers. Again, filed grievances Huntsville would not help me. I was pulled out of college and have filed multiple grievances and am awaiting the Step II which is overdue - so this is what they do as retaliation - They omit response. TX Penal code 6.01 and the obstruct/retaliate 36.06. I want to take college Horticulture I & II at Smith to get a degree in Horticulture because that is the profession I fell in love with while incarcerated. They, at Huntsville, Smith & Allred know how important it is so they want to block me from progressing. My legal mail/documents are missing now of over 90 days. I've written property officer Carey at Allred to locate them and she will not help me or respond. I am filing a 11.07/Habeus Corpus because of the new evidence I found out about in my case. It seems like Kelley and the mail room and Carey in property are definately denying me access to the courts and progressing in getting a new trial. I've been at TDCJ over 4 years. When I say they retaliate on a frequent basis, that is a understatement. The mailroom & grievance department work together as the control center for damage control to each unit to alert the employees who is writing them up and then

②

you have trouble getting your property or the 8th cell shakedowns begin. Which has occurred at Allred unit on 9/12/23. Ever since TDCJ started spending $8,000 to $12,000 a month of our (inmates) food budget for steaks for officers at the officers dining room, our food has virtually dissapeared. We went through a 40 day lockdown statewide because Brian Collier kept allowing his officers to bring in drugs. People started dying on units, especially Allred (7 guys overdosed on Fetynal in 2 weeks) so we get locked down. We were given "sack lunches" for 40 days. According to food policy 19.01 (TDCJ) we are suppose to get 2200 calories a day on sack lunches or at the chow hall. Statewide all units were shorted on calories because they said they weren't prepared. We got 1500-1700 calories a day. I contacted Warden Smith, told him about it and he did nothing. I told him to his face, made him aware. Then I grieved him and Mj Ward. All Majors at TDCJ control the kitchen budget and meal plan. All Majors get over a $10,000 bonus for going under budget. So TDCJ is rewarding these Majors to steal food out of the mouths of thousands of inmates. The day after I turned in my grievance on Warden Smith and Mj Ward grievance # 2024018527 my cell was shook down w/ 5

2024618527
Sgt. Rodriguez

officers, stripping me and my cellie out naked to humiliate me. Then they spent 45 minutes destroying our cell. When officers shake your cell down they are required to put property back into your locker. Sergeant Rodriguez and Officer Butt pulled all our property out left it on the floor. My cellie is a Muslim and I'm Jewish on my "official religion." My jewish bibles were thrown on the floor. His Quran and prayer rug were thrown on the floor. They took a rosary and some 5$ watercolors that were brand new and then stepped on 2 white plastic bowls I use to eat out of because they now have giant cracks in them. Our food is still well below the 2200 guarenteed caloric intake at Allred and most units from what other inmates that come from other units tell me. I really hope that someone could help us and investigate where the money for our food has gone. It is not coming to inmates from Huntsville on the trucks. Huntsville blames the unit. The unit blames Huntsville. And they both blame multiple other issues like "food shortages in the world." I said "well then why is there no food shortages on officers steaks twice a month?" I now have lost so much weight I look emaciated. I weigh 167 pounds down from 210 six months ago. My "Body Mass Index

③

* I have made Regional Director Townsend aware by personally speaking to him at our unit 3 weeks ago about them pulling me out of college as retaliation, our food issues and the fact they turn on cells-lights at midnight, 3:15AM, 5:15AM preventing us getting 8 hours sleep. is a 17 which is "malnourished" however our medical provider Eastridge refuses to even give me protein shakes to get more calories. TDCJ is also "price gouging" on commissary items that are the staple of our food purchases. Refried beans now $4.50. TDCJ serves beans everyday, Black, brown, green, white. All day everyday. So inmates do know this... If TDCJ serves some food item everyday then the cost has not gone up in the world so the only reason beans in commissary have over doubled in price in 6 months is because its a big seller and they are taking advantage of us. Coffee has doubled- Multiple items have increased by 25 to 50% in less than 6 months. So it's a great business plan for profit. Make our chow food so bad and so little we have to spend more money buying commissary and basically live out of our lockers while price gouging and doubling costs. TDCJ has also had 3 suspicious fires in their warehouses which they also blame for food shortages. Honestly I think it's a giant money laundering scam. Thousands of inmates are going to bed hungry and there are lots of people that look like emaciated skeletons! I am also now having to spend over $5.00 for every piece of mail I send because I have to send it certified.

Thank you for your time! Chris Colbert

CHRIS COLBERT
2245499
Wainwright unit
2665 Jordan Motley
Lovelady, TX

RECEIVED
SEP 3 0 2024
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

US MAGISTRATE, HAL R. RAY JR
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT COURT OF TEXAS
WICHITA FALLS DIVISION
1000 LAMAR ST., WICHITA FALLS, TX
76307

DO NOT RETURN TO SENDER